JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST<br><br>                Plaintiffs,<br>       v.<br><br>MANCIAS STEEL COMPANY, INC., a California corporation; and RICARDO AVILA MANCIAS, an individual<br><br>                Defendants. | Case No. CV13-02491 GAF (RZx)<br><br>JUDGMENT<br><br>Honorable Judge Gary A. Feess<br>Complaint Filed: April 8, 2013<br>Trial Date: |

KKF/cl/LA13CV02491GAF-J JS6.wpd

Judgment                                                                                          Case No. CV13-02491 GAF (RZx)

Pursuant to the Application of Plaintiffs for judgment pursuant to the Stipulation of Judgment and Order thereon and good cause appearing:

IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST shall recover from Defendants MANCIAS STEEL COMPANY, INC., a California corporation; and RICARDO AVILA MANCIAS, an individual, the sum of $52,732.03, which includes $50,467.36 for the balance owed on the Stipulation of Judgment, $1,207.17 in interest due on the Stipulation of Judgment and $1,057.50 for attorney's fees.

Judgment is entered this 4th day of November, 2013.

Dated: November 4, 2013

**JS-6**

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE